UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:20-cv-02483-ODW (MAA)**                             Date:  **May 28, 2020**

Title   **Juan Octavio Mata v. U.S. Department of Navy**

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

On March 26, 2020, the Court issued a Memorandum Decision and Order Dismissing Complaint with Leave to Amend ("Order").  (Order, ECF No. 7.)  The Court ordered Plaintiff Juan Octavio Mata ("Plaintiff"), no later than thirty days after the date of the Order, to either file a First Amended Complaint ("FAC") or advise the Court that Plaintiff does not intend to file a FAC.  (*Id*. at 11.)  The Court explicitly cautioned Plaintiff that "**failure to timely file a FAC, or timely advise the Court that Plaintiff does not intend to file a FAC, will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)**."  (*Id*. at 12.)

To date, Plaintiff has filed neither a FAC nor a Notice of Dismissal of the action.  (A Notice of Dismissal form is attached to this order.)  Plaintiff is **ORDERED TO SHOW CAUSE** by **July 27, 2020** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment: Notice of Dismissal