JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OCTAVIO MATA,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF NAVY et al., <br><br>            Defendants. | Case No. 2:20-cv-02483-ODW (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:      October 7, 2020

_____

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE